No. 76–1423. Sigety, dba Florence Nightingale Nursing Home v. Horan, Welfare Inspector General of New York. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1490. Lewis et al. v. Alaska et al. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–6675. McDonald v. Tennessee. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1509. Joseph E. Seagram & Sons, Inc. v. Jones et al. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question.

No. 76–6671. Lee v. Washington. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.